UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>     Plaintiff,<br>  v.<br><br>ALEX M. AZAR II, in his official capacity as SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>     Defendants. | CASE NO. C18-0242-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion and agreed order for preservation of remedy and briefing schedule for expedited cross-motions (Dkt. No. 18). The Court GRANTS the stipulated motion (Dkt. No. 18) and sets the briefing schedule as follows:

1. King County will file its Motion for Preliminary Injunction and Summary Judgment on or before March 29, 2018 and note it for May 4, 2018;

2. Defendants must file their Opposition and Cross-Motion by April 17, 2018;

3. King County must file their Reply and Opposition to the Cross-Motion by April 27,

2018; and

4.  Defendants must file their Reply in support of the Cross-Motion by May 4, 2018.

In accordance with the parties' stipulation, the Court additionally ORDERS that Defendants must preserve and refrain from obligating, through August 31, 2018, any monies appropriated for the TPP Program that would fund King County's grant.

DATED this 27th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk