The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALEX M. AZAR II, in his official capacity as Secretary, U.S. Department of Health and Human Services; and THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　Defendants. | Case No.: 2:18-CV-00242-JCC<br><br>NOTICE OF FILING OF ADMINISTRATIVE RECORD WITH THE CLERK |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD WITH THE CLERK**

PLEASE TAKE NOTICE that the United States Department of Justice, Civil Division, has filed the administrative record associated with this case in paper or physical form with the Clerk's Office for the Western District of Washington. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

Notice of Filing of Administrative Record
Case No. 2:18-CV-00242-JCC - 1

UNITED STATES DEPARTMENT OF
JUSTICE
1100 L St. NW, 10TH FLOOR
WASHINGTON, DC 20005
(202) 353-7971

| | | |
|---|---|---|
| 1 | DATED: April 17, 2018. | Respectfully submitted, |
| 2 | | |
| 3 | | CHAD A. READLER<br>Acting Assistant Attorney General |
| 4 | | |
| 5 | | RUTH A. HARVEY<br>Director, Commercial Litigation Branch |
| 6 | | |
| 7 | | JOEL McELVAIN<br>Assistant Director, Federal Programs Branch |
| 8 | | |
| 9 | | MICHAEL J. QUINN<br>Senior Litigation Counsel |
| 10 | | Commercial Litigation Branch |

/s/ *Jonathan E. Jacobson*
ALICIA M. HUNT
JONATHAN E. JACOBSON
Trial Attorneys
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St. NW, 10th floor
Washington, D.C. 20005
Tel: (202) 353-7971
Fax: (202) 514-9163
E-mail: jonathan.e.jacobson@usdoj.gov

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7223
Washington, D.C. 20530
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*

Notice of Filing of Administrative Record
Case No. 2:18-CV-00242-JCC - 2

UNITED STATES DEPARTMENT OF JUSTICE
1100 L ST. NW, 10TH FLOOR
WASHINGTON, DC 20005
(202) 353-7971

## **CERTIFICATE OF SERVICE**

I certify that on April 17, 2018, a copy of the attached Notice of Filing was served via the Court's CM/ECF system on all parties requesting notice.

                                      */s/ Jonathan E. Jacobson*
                                      Jonathan E. Jacobson
                                      U.S. Department of Justice

Notice of Filing of Administrative Record
Case No. 2:18-CV-00242-JCC - 3

UNITED STATES DEPARTMENT OF JUSTICE
1100 L St. NW, 10TH FLOOR
WASHINGTON, DC 20005
(202) 353-7971