THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>                Plaintiff,<br>   v.<br><br>ALEX M. AZAR II, in his official capacity as SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                Defendants. | CASE NO. C18-0242-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to file an over-length combined reply and opposition brief (Dkt. No. 33). Pursuant to Local Civil Rule 7(f), the Court GRANTS Plaintiff's motion. Plaintiff may file a combined brief of no more than 30 pages in length.

DATED this 25th day of April 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C18-0242-JCC
PAGE - 1