THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, | CASE NO. C18-0242-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALEX M. AZAR, in his official capacity as SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' cross-motions for summary judgment and Plaintiff's motion for a preliminary injunction (Dkt. Nos. 20, 26.) The Court hereby ORDERS the parties to file letter briefs no more than three pages in length on the following issue by **Friday, May 25, 2018**: Would Plaintiff's motion for an injunction (preliminary or permanent) be mooted by the Court's intervening issuance of an order resolving Plaintiff's Counts I and II on summary judgment?

//

//

//

MINUTE ORDER
C18-0242-JCC
PAGE - 1

1       DATED this 23rd day of May 2018.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk

MINUTE ORDER
C18-0242-JCC
PAGE - 2